# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**CHIMA IHEKE**  **PETITIONER**
Reg. # 44947-019

VS.                    CASE NO. 2:13CV00149-BD

**ANTHONY HAYNES, Warden,**
**FCI, Forrest City**                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Anthony Haynes.  Chima Iheke's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed, without prejudice.

DATED this 28th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE